IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER SEVEN |
| | : | |
| MBP MANAGEMENT SERVICES, | : | BANKRUPTCY NO.: 5-02-bk-03638 |
| INC. t/a PARRY, | : | |
|     DEBTOR | : | |

***

| | | |
|---|---|---|
| PENN SECURITY BANK & TRUST | : | |
| COMPANY, | : | |
|     PLAINTIFF | : | |
| | : | |
|     v. | : | {**Nature of Proceeding**: Motion to Impose |
| | : | Sanctions (Doc. #87)} |
| PACIFIC MOTOR TRANSPORT | : | |
| COMPANY a/k/a PACER, | : | |
|     DEFENDANT | : | **ADVERSARY NO. 5-03-ap-50148** |

***

| | | |
|---|---|---|
| MARK J. CONWAY, Chapter 7 Trustee | : | |
| for the Estate of MBP MANAGEMENT | : | |
| SERVICES, INC. t/a PARRY, | : | |
|     PLAINTIFF | : | |
| | : | |
|     v. | : | {**Nature of Proceeding**: Motion to Impose |
| | : | Sanction against Defendant (Doc. #46)} |
| PACIFIC MOTOR TRANSPORT | : | |
| COMPANY a/k/a PACER, | : | |
|     DEFENDANT | : | **ADVERSARY NO. 5-03-ap-50200** |

# ORDER

For the reasons articulated in the opinion filed this same date, Mark Conway's *Motion for Sanction against Defendant* and Penn Security Bank & Trust Company's *Motion to Impose Sanctions* are DENIED.

Date: November 23, 2004

_____
John J. Thomas, Bankruptcy Judge

    (CMS)

*This electronic order is signed and filed on the same date.*